UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS EARL FORD, SR.

VERSUS

LT. JASON SHOWS, ET AL.

CIVIL ACTION

NO. 10-0032-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that this action shall be dismissed, with prejudice, as legally frivolous pursuant to 42 U.S.C. § 1983.[1]

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 17, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] 1 Note that 28 U.S.C. § 1915A(g) specifically provides the following:
"In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."
Doc#46748